UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RHONDA RONE,

    Plaintiff,

v.

ST. MARY'S GOOD SAMARITAN, INC.,

    Defendant.

Case No. 05-cv-4211-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon the parties' stipulation of dismissal, and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff Rhonda Rone against defendant Good Samaritan Regional Health Center, improperly named in the complaint as St. Mary's Good Samaritan, Inc., in this case, are **DISMISSED with prejudice**.

**DATE: May 30, 2007**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
               **J. PHIL GILBERT**
               **U.S. District Judge**